# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: _____ Case Manager: _____

Case Name: _____

Is this case a cross appeal? ☐ Yes ☐ No
Has this case or a related one been before this court previously? ☐ Yes ☐ No
If yes, state:
   Case Name: _____ Citation: _____
   Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

[ ]

**This is to certify that a copy of this statement was served on opposing counsel of record this _____ day of**

_____, _____.

_____
Name of Counsel for Appellant